[No. 3902-1. Division One. May 2, 1977.]

BETTY CLAY, *Appellant,* v. EARL VAN SANDT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 774144, Frank J. Eberharter, J., entered May 23, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Callow, JJ.

[No. 4296-1. Division One. May 2, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY A. LAWALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73382, Frank J. Eberharter, J., entered November 24, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris, C.J., and Williams, J.

[No. 4437-1. Division One. May 2, 1977.]

CHARLES H. RENSHAW, ET AL, *Respondents,* v. ERIK PETERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 802354, Horton Smith, J., entered December 26, 1975. *Reversed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Andersen, A.C.J.

[No. 4532-1. Division One. May 2, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDRICK GLENN BROWNING, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3146, Harry A. Follman, J., entered March 2, 1976. *Affirmed* by unpublished per curiam opinion.